UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSCAR CASIO-MEJIA,

     Petitioner,

                                            Civil No. 25-cv-13032

v.                                        Hon. Matthew F. Leitman

KEVIN RAYCRAFT, ACTING FIELD
OFFICE DIRECTOR OF
ENFORCEMENT AND REMOVAL
OPERATIONS, DETROIT FIELD
OFFICE, IMMIGRATION AND
CUSTOMS ENFORCEMENT; KRISTI
NOEM, SECRETARY, U.S.
DEPARTMENT OF HOMELAND
SECURITY; U.S. DEPARTMENT OF
HOMELAND SECURITY; PAMELA
BONDI, U.S. ATTORNEY GENERAL;
AND EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW

     Respondents.

---

## STIPULATION AND ORDER REQUIRING RESPONSE

---

     On September 25, 2025, petitioner Oscar Casio-Mejia filed a petition for a writ of habeas corpus challenging his detention by ICE, (ECF No. 1). For good cause, the Court may set a deadline for the respondents to respond to the petition. *See* 28 U.S.C. § 2243. Accordingly,

     IT IS STIPULATED by the parties that:

1. Respondents shall respond to the petition for a writ of habeas corpus no later than October 6, 2025.

2. If petitioner chooses to file a reply, he must do so no later than three business days after respondents file their response.

3. Petitioner has sent a copy of the petition to the U.S. Attorney's Office for the Eastern District of Michigan by certified mail, which will constitute proper service upon delivery.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 25, 2025

Stipulated and agreed to by:

Abrutyn Law PLLC

Jerome F. Gorgon Jr.
United States Attorney

*s/Russell Reid Abrutyn*
Russell Reid Abrutyn (P63968)
15944 W. 12 Mile Rd.
Southfield, Michigan
(248) 965-9440
russell@abrutyn.com

*Attorney for Petitioner*

Dated: September 25, 2025

*s/Zak Toomey*
Zak Toomey (MO61618)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
313-226-9617
zak.toomey@usdoj.gov

*Attorneys for Respondents*

Date: September 25, 2025